IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.196.229.217

**ISP:** Comcast Cable
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/29/2018 23:20:51 | 5D16056BDDB5D5F4F6799D50C5E405ECC8AC78F0 | Teach Me About Sex |
| 10/29/2018 23:06:39 | 82292EB52C9863E6CE456319B716E5903F727FFE | Hot Fucking with Sexy Sybil and Jake |
| 10/13/2018 20:11:37 | 00627D3932625F3C1C2725D956075F503C11EC94 | Hide and Sex |
| 08/06/2018 02:33:15 | AAC8B3DE00CA39B816E66C843304FCD30B02945B | Young 18 Year Old Couple in Hot Summer Sex |
| 07/29/2018 20:28:16 | 9813E1636AC496680E1120A32C18480590EFD2B0 | Threeway Strip Poker |
| 07/03/2018 03:51:58 | 27E955743A676CCB05D14BCFDA8FB51AFB2B2734 | The Morning After |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX240